IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL A KING, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-65(WLS) |
| | * |
| THOMAS COUNTY JAIL, et al. | |
| | * |
| Defendants. | |
| _____ | * |

# J U D G M E N T

Pursuant to this Court's Order dated December 6, 2022, having accepted the recommendations of the United States Magistrate Judge, in their entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of December, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk